IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE § 
PETITION OF RICHARD § 
CANNON FOR A WRIT OF § No. 339, 2023
MANDAMUS §
§ Cr. ID Nos. 87K00539DI
§ 87K01070DI

Submitted: November 6, 2023
Decided: November 13, 2023

## **ORDER**

On September 19 and October 6, 2023, the Clerk's office sent the petitioner correspondence directing him to pay the filing fee or to file a motion and affidavit to proceed *in forma pauperis* or a notice to show cause would issue. On October 24, 2023, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the petitioner to show cause why the Court should not dismiss the action for the petitioner's failure to diligently prosecute the matter by either paying the Supreme Court filing fee or filing a motion to proceed *in forma pauperis*. The notice to show cause directed the petitioner to respond within ten days and advised that if the petitioner did not respond, dismissal of the action would be deemed to be unopposed. On November 1, 2023, the Clerk's office received the certified mail receipt showing that the notice to show cause had been delivered on October 25, 2023. The petitioner having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the action is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice